# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| MANSON FISHER, JR., | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 2:19-cv-01873-LSC-SGC |
| GAINES G. McCORQUODALE, et al., | ) |
| Defendants. | ) |

## ORDER

On December 18, 2019, the undersigned entered a report recommending dismissal of this matter under 28 U.S.C.A. § 1915(g), because the plaintiff failed to pay the $400.00 filing fee at the time he filed his complaint. (Doc. 2). After seeking an extension of time to pay the filing fee (Doc. 3), the plaintiff paid the $400.00 filing fee on January 13, 2020. Accordingly, the report and recommendation is **WITHDRAWN**. (Doc. 2). The Clerk of Court is **DIRECTED** to **TERM** the plaintiff's motion for extension of time to pay the filing fee as **MOOT**. (Doc. 3). The Clerk is **FURTHER DIRECTED** to send a copy of this order to he plaintiff.

**DONE** this 14th day of January, 2020.

STACI G. CORNELIUS
U.S. MAGISTRATE JUDGE